On HeaIN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| *Plaintiff,* | § | SA-26-CR-00048-FB |
| vs. | § | |
| (1) ROBYN ARGOTE-BROOKS, | § | |
| *Defendant.* | § | |

## **ORDER SETTING LIVE HEARING**

Before the Court in the above-styled cause of action is Defendant's Motion to Suppress [#35], which was referred to the undersigned for a report and recommendation.  In light of the referral, the undersigned will set the motion for a hearing.

**IT IS THEREFORE ORDERED** that Defendant's Motion to Suppress [#35] is set for a live hearing at **10:30 a.m. on May 1, 2026**, at the United States Courthouse, 262 West Nueva, San Antonio, Texas, 78207.[1]  The courtroom for the hearing will be assigned later, and counsel should check monitors in the courthouse lobby on the day of the hearing, which will contain the

---

[1] Any party that plans on utilizing courtroom technology during the hearing should refer to the Courtroom Technology Guidance information on the U.S. District Court, Western District of Texas website: San Antonio Courthouse Courtroom Technology – U.S. District Court (uscourts.gov). Court hearings will generally not be delayed to address technological issues encountered by any party.

assigned courtroom information.

**IT IS SO ORDERED.**

SIGNED this 6th day of April, 2026.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE