**FILED**
June 02, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: JH
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
| v. | § | No. 5:26-cr-00048-FB-1 |
| | § | |
| | § | |
| Robyn Argote-Brooks | § | |

**ORDER**

The Defendant's Post-verdict Motion for Judgment of Acquittal on Counts Two and Three (docket number 79) is hereby **DENIED.**

SO ORDERED on this the 2nd day of June, 2026.

FRED BIERY
United States District Judge